CHRISTOPHER J. CARLBERG (CABN 269242)
MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (227) 228-5535
christopher.carlberg@usdoj.gov
matthew.chou@usdoj.gov
daniel.twomey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a “Dong Fang International Containers”; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a “T.H. Huang”; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a “James Zhang”; VICK NAM HING MA a/k/a “Vick Ma”; and SIONG SENG TEO a/k/a “S.S. Teo”,<br><br>Defendants. | CASE NO. 25-CR-00311-YGR<br><br>*EX PARTE* MOTION TO UNSEAL AND PUBLICLY DOCKET SUMMONSES |

The United States moves the Court to unseal the recently issued summonses directed to the four corporate defendants in this case.

On May 19, 2026, the Court issued summonses to each of the four corporate defendants commanding them to appear in this case on August 19, 2026. All four corporate defendants failed to

appear at the August 19 hearing.

Following the August 19 hearing, this Court issued four new summonses on August 26, 2026. *See generally* Dkt. 28 (Order to Issue Summons). The summonses command the four corporate defendants to appear before this Court on December 15, 2026 at 10:30am. The summonses themselves were placed under seal.

Here, so the Government can better provide notice to the corporate defendants of the summonses pursuant to Federal Rules of Criminal Procedure 9 and 4(c), the four summonses should be unsealed and publicly filed on this case's docket. Because the summonses are directed at corporations, the summonses do not contain personal identifying information. For these reasons, the United States respectfully requests that the Court issue an order to unseal the four summonses issued on August 26, 2026 and permit the summonses to be posted publicly on the docket.

Moreover, the Government requests its motion be considered without waiting for the defendants to respond and therefore files the motion *ex parte*, because none of the four corporate defendants have appeared in this case. The Government seeks to provide better notice of the summonses as soon as practicable.

DATED: September 08, 2026

Respectfully submitted,

*/s/ Daniel Twomey*
MATTHEW CHOU
DANIEL TWOMEY
Trial Attorneys

CHRISTOPHER J. CARLBERG
Assistant Chief
U.S. Department of Justice
Antitrust Division